In re: Steven James MURPHY, Debtor.

Diane M. Wolfsen; Larry J. Wolfsen, Appellants,

v.

Steven James Murphy, Appellee.

No. 00–56305.

BAP No. CC–98–01295–MaKJ.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Dec. 7, 2001.

Before SCHROEDER, Chief Judge, TROTT, and RAWLINSON, Circuit Judges.

ORDER*

As the Bankruptcy Court reasoned in its findings of fact and conclusions of law dated April 30, 1998, Murphy stipulated to facts amounting to defalcation as a fiduciary in the documents settling the Wolfsens' claims against him. We therefore affirm that court's judgment.

BANKRUPTCY APPELLATE PANEL REVERSED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.